1030

[No. 66853-6-I.   Division One.   March 4, 2013.]

In *the Matter of the Guardianship of* SPENCER DOLDER.

ALIXANDRA LIBIN, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-4-00263-4, John M. Meyer, J., entered February 18, 2011. *Dismissed* by unpublished per curiam opinion.

[No. 67127-8-I.   Division One.   March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN A. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07918-4, John P. Erlick, J., entered April 28, 2011.*Affirmed in part* and *remanded with intructions* by unpublished opinion per Verellen, J., concurred in by Appelwick and Dwyer, JJ.

[No. 67368-8-I.   Division One.   March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL JERRY WARE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-1-00345-3, Charles R. Snyder, J., entered June 29, 2011. *Affirmed* by unpublished per curiam opinion.

[No. 67376-9-I.   Division One.   March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JORDYN BALEIGH WEICHERT, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 10-1-00194-9, Alan R. Hancock, J., entered June 10, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Grosse, J.